**FILED**

DEC - 2 2013

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERALD LEE SCHULTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. *13-1908* |
| | ) |
| PRESIDENT BARACK OBAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint.

Plaintiff alleges that the President of the United States, every Cabinet secretary, and presumably every member of the United States Congress are responsible not only for the country's debt, *see* Compl. at 56, but also acts of terrorism on the citizens in the form of chemical weapons, hatred, fear and tyranny, among others. *See id.* at 57. Plaintiff demands impeachment of the President, replacement of those currently holding seats in the United States Congress, and restitution of $ 2 billion "payable through the U.S. treasury to the plaintiff." *Id.* at 59. Notwithstanding the Court's obligation to construe a *pro se* complaint liberally, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court has "not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Plaintiff's claims are indeed frivolous.

1

Furthermore, plaintiff's general displeasure with the executive and legislative branches of the federal government does not amount to an injury in fact to satisfy the requirement of standing to sue. *See Valley Forge Christian Coll. v. Americans United for Separation of Church and State, Inc.*, 454 U.S. 464, 485-86 (1982); *Moore v. U.S. Congress*, No.13-cv-1744, 2013 WL 4041993, at *3 (concluding that plaintiff's "generalized grievance" against Congress "which might be shared in substantially equal measure by all or a large class of citizens," does not establish that she suffered an "injury in fact")

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: Nov. 8, 2013

2